# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

161051

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DOREEN ROTT,
   Plaintiff-Appellant,

v

          SC: 161051
          COA: 347609
          Oakland CC: 2015-148771-NO

ARTHUR ROTT,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the January 21, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

   The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the Court of Appeals erred in its application of the law of the case doctrine; (2) the proper interpretation of the "for the purpose of" language in the recreational land use act ("RUA"), MCL 324.73301(1); and (3) whether zip lining falls within the purview of the RUA. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



            Clerk

p1103